# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN KELLEY,<br>　　Plaintiff(s),<br>v.<br>SOUTHERN CAPITAL FINANCE GROUP, LLC,<br>　　Defendant(s). | Case No. 2:22-cv-01708-ART-NJK<br><br>**ORDER** |

　　On March 10, 2023, the parties were ordered to file dismissal papers or a status report by May 9, 2023. Docket No. 15. The parties did not do so. The Court **ORDERS** the parties to file dismissal papers by May 10, 2024.

　　IT IS SO ORDERED.

　　Dated: April 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge