George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shawn Kelley*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Kelley, | Case No.: 2:22-cv-01708 |
| Plaintiff, | |
| v. | **Order Granting Stipulation for dismissal of Southern Capital Finance Group, LLC with prejudice.** |
| Southern Capital Finance Group, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shawn Kelley and Southern Capital Finance Group, LLC stipulate to dismiss Plaintiff's claims against Southern Capital Finance Group, LLC with prejudice.

///
///
///
///
///
///
///

_____

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: June 4, 2024.

3

4

5    **FREEDOM LAW FIRM**

6
      /s/ *George Haines*
7    _____
     George Haines, Esq.
8    Gerardo Avalos, Esq.
     8985 S. Eastern Ave., Suite 100
9    Las Vegas, Nevada 89123
10   *Counsel for Plaintiff Shawn Kelley*

11   **THE DEAN LEGAL GROUP, LTD**

12
     /s/ *Aaron R. Dean*
13   _____
     Aaron R. Dean, Esq.
14   400 S. 4th Street, Suite 500
     Las Vegas, Nevada 89101
15   *Counsel for Southern Capital Finance Group, LLC*

16

17                          IT IS SO ORDERED:

18

19                          _____
                            UNITES STATES DISTRICT JUDGE
20

21                          DATED:____June 5, 2024_____

22

23

24

25

26

27

_____
STIPULATION                    - 2 -